DAVID HUNTER ET AL. *v.* JOHN ALIBRANDI

JOHN ALIBRANDI *v.* FRANCE M. HUNTER ET AL.
(AC 24148)

Schaller, Bishop and DiPentima, Js.

Argued April 21—officially released May 18, 2004

Per Curiam. The judgments are affirmed.

LAWRENCE E. TOWNSEND *v.* COMMISSIONER OF
CORRECTION
(AC 24614)

Lavery, C. J., and Foti and DiPentima, Js.

Submitted on briefs April 26—officially released June 8, 2004

Per Curiam. The judgment is affirmed.

PRISCILLA MARFO *v.* KOBINA HAGAN
(AC 23216)

Lavery, C. J., and Schaller and McLachlan, Js.

Argued May 24—officially released June 8, 2004

Per Curiam. The judgment is affirmed.